1014

[No. 1365-3. Division Three. November 21, 1975.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERTO GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 3716, Felix Rea, J., entered December 20, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1381-3. Division Three. November 21, 1975.]

THE STATE OF WASHINGTON, *Respondent,* v. KIM EAKIN, *Appellant.*

Appeal from a judgment of the Superior Court for Ferry County, No. 5090, B. E. Kohls, J., entered January 3, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1619-2. Division Two. November 24, 1975.]

*In the Matter of the Welfare of* GARTH A. HYSTAD, ET AL. GARY JOHNSTON, ET AL, *Petitioners,* v. THE STATE OF WASHINGTON, *Respondent.*

Certiorari to review judgments of the Superior Court for Pierce County, Nos. 24328, 24329, 24330, Hardyn B. Soule, J., entered July 5, 1974. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 1347-3. Division Three. November 24, 1975.]

RALPH O. STALSBERG, ET AL, *Appellants,* v. POMEROY GRAIN GROWERS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Garfield County, No. 4150, Philip H. Faris, J., entered June 14, 1974. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.